## STATE OF CONNECTICUT *v.* PAUL CARTER

The defendant's petition for certification for appeal from the Appellate Court, 64 Conn. App. 631 (AC 20210), is denied.

*Richard E. Condon, Jr.*, assistant public defender, in support of the petition.

*Robert J. Scheinblum*, assistant state's attorney, in opposition.

Decided September 20, 2001

## GREGORY AZIA *v.* PAULA DILASCIA

The defendant's petition for certification for appeal from the Appellate Court, 64 Conn. App. 540 (AC 20279), is denied.